# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

---
CLERK'S MINUTES
**STATUS CONFERENCE**
---

**Case Number: 8:19-CR-33-T-36CPT**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | | Government Counsel: | Lisa Marie Thelwell |
| **Plaintiff,** | | | |
| v. | | | |
| **JACK R. DOVE, III** | | Defense Counsel: | Timothy James Fitzgerald |
| **Defendant.** | | | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye G. Samuel | Interpreter: | N/A |
| Date: | January 21, 2020 | Time: Total: | 9:45 – AM – 9:51 AM  6 minutes |

Counsel identified for the record.

Defendant's *Oral Motion for Continuance* is GRANTED, for reasons stated on the record. The Government had no objection.

This case is continued for Two (2) cycles to the APRIL 2020 trial term commencing April 6, 2020.  Criminal Status Conference will be held on March 17, 2020 at 9:30 AM.

After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial.