UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES
JURY TRIAL

Case Number: 8:19-CR-33-CEH-CPT

| UNITED STATES OF AMERICA | Government | |
| --- | --- | --- |
| Plaintiff, | Counsel: | Lisa Marie Thelwell<br>Ilyssa Spergel |
| v. | | |
| JACK R. DOVE, III | Defense | |
| Defendant. | Counsel: | Timothy James Fitzgerald |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
| --- | --- | --- | --- |
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | March 22, 2021 | Time:<br><br>Total: | 9:49 AM – 1:06 PM<br>1:56 PM – 6:01 PM<br>7 hours  22 minutes |

JURY TRIAL – DAY 1

9:49   Court in session

Counsel identified for the record.
Present for Plaintiff:  Lisa Marie Thelwell and Erin Claire Favorit, AUSA.
Seated at the Government's table:  H.S.I. Special Agent Tavey Garcia
Present for Defendant:  Timothy James Fitzgerald.

The Court took up preliminary matters with counsel.

The Court determines that the serial numbers in the attachments to the F.R.E. 902(14) do contain typos but do not invalidate or otherwise defeat the issue of authenticity of the electronic evidence that the Government seeks to admit.

       **Defendant sworn**
       The Court inquires if Defendant wishes to proceed or continue the trial so that Defendant's forensic analyst can review the exhibits
       Defendant advised the Court that he wishes to proceed with the trial

       Defendant's Motion *In Limine* (Doc. 190) is DENIED for the reasons stated on the record

11:15  Court addressed the Jury Panel and *Voir Dire* began

12:41  Panel excused for lunch

1:07  Recess for lunch

1:56  Court back in session

2:15  Panel returned to the courtroom and *Voir Dire* continued

4:48  Panel excused for afternoon break

5:43  Jurors selected

5:50  Panel returned to the courtroom; Jury sworn

       Court addressed the Jury. The Jury was dismissed with instructions to return tomorrow at 9:00 AM. Counsel are to report tomorrow at 9:15AM.

**6:01  Court adjourned.**