**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CLERK'S MINUTES
JURY TRIAL

Case Number: 8:19-CR-33-CEH-CPT

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | | Government Counsel: | Lisa Marie Thelwell |
| Plaintiff, | | | Ilyssa Spergel |

v.

| | | | |
|---|---|---|---|
| **JACK R. DOVE, III** | | Defense Counsel: | Timothy James Fitzgerald |
| Defendant. | | | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | March 24, 2021 | Time: Total: | 9:24 AM – 1:07 PM<br>2:08 PM – 5:30 PM<br>7 hours   5 minutes |

JURY TRIAL – DAY 3

9:24   Court in session

Counsel identified for the record.
Present for Plaintiff: Lisa Marie Thelwell and Ilyssa Spergel, AUSA.
Seated at the Government's table: H.S.I. Special Agent Tavey Garcia
Present for Defendant: Timothy James Fitzgerald

Jurors recalled into the courtroom

9:28   **Government Witness #4**:   James Daniels, previously sworn
Direct examination continued by Lisa Marie Thelwell

10:51  Morning Recess

11:09  Court back in session and Jurors recalled into the courtroom

11:10  Cross examination by Timothy James Fitzgerald
       Redirect by Lisa Marie Thelwell
       Witness excused

       During testimony, the Government moved into evidence the following Exhibits: Exhibit #40, Exhibit #41, Exhibit #42, Exhibit #30, Exhibit #41A, Exhibit #41B

11:46  **Government Witness #5**:   Special Agent Tavie Garcia, sworn
       Direct examination by Lisa Marie Thelwell
       *Voir Dire* by Timothy James Fitzgerald
       Direct examination continued by Lisa Marie Thelwell

       During testimony, the Government moved into evidence the following Exhibits: Exhibit #45, Exhibit #31, Exhibit #31A, Exhibit #31B, Exhibit #31C, Exhibit #31D, Exhibit #44

1:01   Jurors excused for lunch
1:07   Recess for lunch

2:08   Court back in session and Jurors recalled into the courtroom
       Direct examination continued by Lisa Marie Thelwell
       Cross examination by Timothy James Fitzgerald

2:54   Jurors excused for afternoon recess
       Afternoon recess

3:16   Court back in session and Jurors recalled into the courtroom
       Cross examination continued by Timothy James Fitzgerald
       Redirect by Lisa Marie Thelwell
       Witness excused

3:32   **Government Witness #6**:  Special Agent Justin Gaertner, sworn
       Direct examination by Lisa Marie Thelwell
       Witness excused

       During testimony, the Government moved into evidence the following Exhibits: Exhibit #32, Exhibit #33, Exhibit #34, Exhibit #34A, Exhibit #34B, Exhibit

- 3 -

        #34C, Exhibit #33A, Exhibit #33A-1, Exhibit #37, Exhibit #37A, Exhibit #37A-1, Exhibit #34H, Exhibit #34D, Exhibit #34F, Exhibit #34G

5:25    Testimony concluded for the day to resume tomorrow. The Jury was dismissed with instructions to return at 9:15 AM. Counsel identified witnesses for testimony tomorrow.

        Counsel and all Parties are to report at 9:00 AM.

**5:30    Court adjourned.**